# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TORRES,<br><br>                      Petitioner,<br>    v.<br>K. MENDOZA-POWERS, Warden,<br><br>                      Respondent. | Civil No.   07cv1259-BEN (WMc)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than September 24, 2007,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. The Clerk of Court shall send Petitioner a blank in forma pauperis application with a copy of this Order.

**IT IS SO ORDERED.**

DATED: July 26, 2007



Hon. Roger T. Benitez
United States District Judge

CC:        ALL PARTIES